# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **AKIBA CANADY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 4:20-cv-01253 |
| ) | |
| **KAPS & CO (USA) LLC, d/b/a** ) | |
| **KAPS & Co,** ) | |
| ) | |
| **Defendant.** ) | |

## STRIKE ORDER

Per discussions in the March 2, 2021 telephone conference, the court **STRIKES** Defendant's responsive pleading (doc. 3) and motion for judgment on the pleadings (doc. 8) because they are improperly filed. "A corporation cannot appear pro se in litigation and must be represented by counsel because it is an artificial entity only able to act through its agents." *In re Rodriguez*, 633 Fed. Appx. 524, 526 (11th Cir. 2015). As such, the court **EXTENDS** Defendant's deadline to file a responsive pleading to April 12, 2021.

**DONE and ORDERED** this 4th day of March, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT