IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Akiba Canady,<br><br>      Plaintiff,<br><br>vs.<br><br>K A P S & CO (USA) LLC d/b/a Kaps & Co.<br><br>      Defendant. | Case No.: 4:20-cv-01253-CLM |

### NOTICE OF SETTLEMENT WITH DEFENDANT
### K A P S & CO (USA) LLC d/b/a KAPS & CO.

Plaintiff and Defendant, K A P S & CO (USA) LLC d/b/a Kaps & Co have agreed to settle this lawsuit and intend to file a Stipulation of Dismissal as to K A P S & CO (USA) LLC d/b/a Kaps & Co.., with prejudice, no later than April 16, 2022.

                                              Respectfully submitted,

                                              By: /s/ J. Danny Hackney
                                              J. Danny Hackney
                                              Bar No. ASB-7909-K72J
                                              PO Box 1491
                                              Alabaster, AL 35007
                                              Telephone: (205) 542-2500
                                              E-Mail: jdannyhackney@gmail.com
                                              *Attorney for Plaintiff*
                                              *Akiba Canady*

February 17, 2022

## **PROOF OF SERVICE**

      I, J. Danny Hackney, hereby state that on February 17, 2022 I served a copy of the foregoing pleading upon all counsel of record via the ECF System.

/s/ J. Danny Hackney