FILED
2022 Apr-15  PM 02:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

AKIBA CANADY,

       Plaintiff,

vs.

KAPS & CO. (USA) LLC.,

       Defendant.

Case No.: 4:20-cv-01253-CLM

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT KAPS & CO. (USA) LLC

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal with prejudice of Plaintiff's claims as to Defendant identified as KAPS & CO. (USA) LLC., without attorney's fees or costs to either party.

Dated this 15th day of April, 2022.

Respectfully submitted,

By: /s/ J. Danny Hackney
J. Danny Hackney
Bar No. ASB-7909-K72J
PO Box 1491
Alabaster, AL 35007
Telephone: (205) 542-2500
E-Mail: jdannyhackney@gmail.com
*Attorney for Plaintiff*
*Akiba Canady*

/s/ Charles W. Prueter
Charles W. Prueter
Waller Lansden Dortch & Davis LLP
1901 Sixth Ave North, Suite 1400
Birmingham, AL  35203
Telephone: (205) 226-5735
Charles.prueter@wallerlaw.com
*Attorneys for Defendant*
*KAPS & Co. (USA) LLC*

PROOF OF SERVICE

I, J. Danny Hackney, hereby state that on April 15, 2022, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via the Court's CM/ECF system.

/s/ J. Danny Hackney

47260375 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

AKIBA CANADY,

        Plaintiff,

vs.

KAPS & CO. (USA) LLC.,

        Defendant.

Case No.: 4:20-cv-01253-CLM

## ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT KAPS & CO. (USA), LLC

Plaintiff Akiba Canady has announced to the Court that all matters in controversy against defendant identified as KAPS & CO. (USA) LLC, have been resolved. A Stipulation of Dismissal with Prejudice of KAPS & CO. (USA) LLC has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of KAPS & CO. (USA) LLC, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Akiba Canady against Defendant KAPS & CO. (USA) LLC are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

3

47260375 v1

DATED this 14th day of April, 2022.

_____
THE HONORABLE DISTRICT JUDGE

47260375 v1